IN THE DISTRICT COURT OF MONTGOMERY COUNTY PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

HOLLY C. LOWREY, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 17-04926

Sheriff's Sale Date: _____

AFFIDAVIT OF SERVICE

TYPE OF PROCESS: __Summons & Complaint__

I, __Victoria Conady__, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve HOLLY C. LOWREY the above process on the __22__ day of __December__, 20__17__, at __4:59__ o'clock, __PM__, at 600 WALNUT DRIVE JACKSONVILLE, NC 28540

Manner of Service:

By handing a copy to:

- [ ] An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*
- [ ] The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action*
- [ ] An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action*
- [ ] By handing a copy to the Defendant(s)
- [x] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found*
- [ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides*
- [ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof*
- [ ] By posting a copy of the original process on the most public part of the property pursuant to an order of court

* Name: __Kenneth Lowery, Sr.__
Relationship/Title/Position: __Spouse__
Remarks: _____
Description: Approximate Age __45-55__ Height __5'5"__ Weight __160__ Race __Caucasian__ Sex __M__ Hair __black__

Defendant was not served because: ☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant
☐ Other: _____

Service was attempted on the following dates/times:

1) _____ 2) _____ 3) _____

Commonwealth/State of __NC__ )
                             ) SS:
County of __Onslow__         )

Before me, the undersigned notary public, this day, personally, appeared __Victoria Conady__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

__Victoria Conady__
(Signature of Affiant)

Subscribed and sworn to before me
this __28__ day of __December__, 20__17__

__Rachel Bryant__
Notary Public

File Number: USA-174782
Case ID #: 5061498

RACHEL BRYANT
Notary Public, North Carolina
Forsyth County
My Commission Expires
March 04, 2019

IN THE DISTRICT COURT OF MONTGOMERY COUNTY PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

HOLLY C. LOWREY, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 17-04926

Sheriff's Sale Date: _____

AFFIDAVIT OF SERVICE

TYPE OF PROCESS: __Summons & Complaint__

I, __Victoria Canady__, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve KENNETH SHAWN LOWREY, SR. A/K/A KENNETH S. LOWERY, SR. the above process on the __22__ day of __December__, 20__17__ at __4:59__ o'clock, __P__ M, at 600 WALNUT DRIVE JACKSONVILLE, NC 28540

Manner of Service:

By handing a copy to:

- [ ] An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*
- [ ] The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action*
- [ ] An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action*
- [x] By handing a copy to the Defendant(s)
- [ ] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found*
- [ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides*
- [ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof*
- [ ] By posting a copy of the original process on the most public part of the property pursuant to an order of court

*Name: __Kenneth Shawn Lowery, Sr__
Relationship/Title/Position: __Named Defendant__
Remarks: ____
Description: Approximate Age __6-55__ Height __5'5"__ Weight __160__ Race __Caucasian__ Sex __M__ Hair __black__

Defendant was not served because: ☐ Moved  ☐ Unknown  ☐ No Answer  ☐ Vacant
☐ Other: ____

Service was attempted on the following dates/times:

1) ____   2) ____   3) ____

Commonwealth/State of __NC__   )
                              ) SS:
County of __Onslow__           )

Before me, the undersigned notary public, this day, personally, appeared __Victoria Canady__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

__Victoria Canady__
(Signature of Affiant)

File Number: USA-174782
Case ID #: 5061498

RACHEL BRYANT
Notary Public, North Carolina
Forsyth County
My Commission Expires
March 04, 2019

Subscribed and sworn to before me this __28__ day of __December__, 20__17__

__Rachel B__
Notary Public