UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> HOLLY C. LOWREY <br> KENNETH SHAWN LOWREY, SR. a/k/a KENNETH S. LOWREY, SR. <br><br> Defendant(s) | CIVIL NO. 17-04926 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2(c)(2)**

Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(X)   Personal Service by the Sheriff's Office/competent adult (copy of return attached).
( )   Certified mail by Rebecca A. Solarz (original green Postal return receipt attached).
( )   Certified mail by Sheriff's Office.
( )   Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )   Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )   Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( )   Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )   Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )   Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129.1 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff

IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 17-04926
Sheriff's Sale Date: 05/21/19

V.

HOLLY D. LOWREY & KENNETH SHAWN LOWREY, SR.; et al.
**Defendant (Respondent)**

**AFFIDAVIT OF SERVICE**

**NOTICE OF SALE**
**TYPE OF PROCESS:** _____

I, __Victoria Conady__, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve HOLLY D. LOWREY the above process on the __14__ day of __March__, 20__19__, at __2:31__ o'clock, __P__ M, at 600 WALNUT DRIVE JACKSONVILLE, NC 28540

**Manner of Service:**
By handing a copy to:

☐ An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*

☐ The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action*

☐ An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action*

☐ By handing a copy to the Defendant(s)

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found*

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides*

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof*

☐ By posting a copy of the original process on the most public part of the property pursuant to an order of court

*Name: __Kenneth Lowrey, Sr__
Relationship/Title/Position: __Spouse__
Remarks: _____
Description: Approximate Age __55__ Height __5'10"__ Weight __160 lbs__ Race __Caucasian__ Sex __M__ Hair __brown__
Defendant was not served because: ☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant
☐ Other: _____

Service was attempted on the following dates/times:
1) _____  2) _____  3) _____

Commonwealth/State of __NC__        ) SS:
County of __Onslow__                )

Before me, the undersigned notary public, this day, personally, appeared __Victoria Conady__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

__Victoria Conady__
(Signature of Affiant)

File Number: USA-174782
Case ID #: 5459581

Subscribed and sworn to before me this __15__ day of __March__, 20__19__.

__[signature]__
Notary Public

Rachel Bryant
NOTARY PUBLIC
Forsyth County
North Carolina
My Commission Expires    March 4, 2024

IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY PENNSYLVANIA

THE UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 17-04926
Sheriff's Sale Date: 05/21/19

V.

HOLLY D. LOWREY & KENNETH SHAWN LOWREY, SR.; et al.
Defendant (Respondent)

**AFFIDAVIT OF SERVICE**

TYPE OF PROCESS: NOTICE OF SALE

I, __Victoria Conady__, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve KENNETH SHAWN LOWREY, SR the above process on the __14__ day of __March__, 20__19__, at __2:31__ o'clock, __P__ M, at 600 WALNUT DRIVE JACKSONVILLE, NC 28540

**Manner of Service:**

By handing a copy to:

☐ An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*

☐ The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action*

☐ An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action*

☑ By handing a copy to the Defendant(s)

☐ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found*

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides*

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof*

☐ By posting a copy of the original process on the most public part of the property pursuant to an order of court

* Name: __Kenneth Lowrey Sr.__
Relationship/Title/Position: __Named Defendant__
Remarks: ____
Description: Approximate Age __55__ Height __5'10"__ Weight __160__ Race __Caucasian__ Sex __F__ Hair __brown__

Defendant was not served because: ☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant

☐ Other: ____

Service was attempted on the following dates/times:
1) ____   2) ____   3) ____

Commonwealth/State of __NC__ ) SS:
County of __Onslow__ )

Before me, the undersigned notary public, this day, personally, appeared __Victoria Conady__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

__Victoria Conady__
(Signature of Affiant)

File Number: USA-174782
Case ID #: 5459581

Subscribed and sworn to before me this __15__ day of __March__, 20__19__.

__[signature]__
Notary Public

Rachel Bryant
NOTARY PUBLIC
Forsyth County
North Carolina
My Commission Expires   March 4, 2024

**Name and Address of Sender**
ML LAW GROUP, P.C.
UITE 5000
01 MARKET STREET
HILADELPHIA, PA
9106-1532

**Check type of mail or service:**
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | LOWREY, HOLLY C.<br>305 W. 4th Street<br>East Greenville, PA 18041 | TENANTS / OCCUPANTS<br>305 W. 4th Street<br>East Greenville, PA 18041 | | | | | | | | | | |
| 2. | LOWREY, SR., KENNETH SHAWN<br>305 W. 4th Street<br>East Greenville, PA 18041 | LOWREY, HOLLY C.<br>600 Walnut Drive<br>Jacksonville, NC 28540 | | | | | | | | | | |
|  | DOMESTIC RELATIONS OF MONTGOMERY | LOWREY, SR., KENNETH SHAWN<br>600 Walnut Drive<br>Jacksonville, NC 28540 | | | | | | | | | | |
| 3. | COUNTY<br>PO Box 311<br>Norristown, PA 19404 | East Greenville Borough<br>206 Main Street<br>E. Greenville, PA 18041 | | | | | | | | | | |
| 4. | PA DEPARTMENT OF PUBLIC WELFARE<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | Upper Montgomery Joint Authority<br>1100 Mensh Dam Road<br>Pennsburg, PA 18073 | | | | | | | | | | |
| 5. | Montgomery County<br>P.O. Box 311<br>Norristown, PA 19404-0311 | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 10
Total Number of Pieces Received at Post Office: 

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)

USA-174782  Montgomery County  Sale Date: 05/21/2019

HOLLY C. LOWREY & KENNETH SHAWN LOWREY, SR. a/k/a KENNETH S. LOWREY, SR.

NOS - Kim Brumble

Print Your Documents                                            Page 1 of 1

USA

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | MAC Ver. Number<br>ConnectShip Progistics 6.5 |
|---|---|---|
| | Sequence Number<br>8360-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703997557068<br>9171999991703997557068 | LOWREY, HOLLY C.<br>305 W. 4th Street<br>East Greenville, PA 18041 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997557075<br>9171999991703997557075 | LOWREY, SR., KENNETH SHAWN<br>305 W. 4th Street<br>East Greenville, PA 18041 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997557082<br>9171999991703997557082 | LOWREY, HOLLY C.<br>600 Walnut Drive<br>Jacksonville, NC 28540 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703997557099<br>9171999991703997557099 | LOWREY, SR., KENNETH SHAWN<br>600 Walnut Drive<br>Jacksonville, NC 28540 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 4<br>4 | | 2.82<br>2.82 | 19.40<br>19.40 | | | 22.22<br>22.22 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____     Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)        Extra Service Codes:
                                C      Certified
                                ERR    Return Receipt

(Postmark: USPS Continental Station, MAR -7 2019)

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>HOLLY C. LOWREY<br>KENNETH SHAWN LOWREY, SR. a/k/a KENNETH S. LOWREY, SR.<br><br>Defendant(s) | CIVIL NO. 17-04926 |

## AFFIDAVIT PURSUANT TO RULE 3129.1

THE UNITED STATES OF AMERICA, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

> 305 W. 4th Street
> East Greenville, PA 18041

1. Name and address of Owner(s) or Reputed Owner(s):

> HOLLY C. LOWREY
> 305 W. 4th Street
> East Greenville, PA 18041
>
> KENNETH SHAWN LOWREY, SR. a/k/a KENNETH S. LOWREY, SR.
> 305 W. 4th Street
> East Greenville, PA 18041

2. Name and address of Defendant(s) in the judgment:

> HOLLY C. LOWREY
> 305 W. 4th Street
> East Greenville, PA 18041
>
> KENNETH SHAWN LOWREY, SR. a/k/a KENNETH S. LOWREY, SR.
> 305 W. 4th Street
> East Greenville, PA 18041

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

> DOMESTIC RELATIONS OF MONTGOMERY COUNTY
> PO Box 311
> Norristown, PA 19404

PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

East Greenville Borough
206 Main Street
E. Greenville, PA 18041

Upper Montgomery Joint Authority
1100 Mensh Dam Road
Pennsburg, PA 18073

Montgomery County
P.O. Box 311
Norristown, PA 19404-0311

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

TENANTS / OCCUPANTS
305 W. 4th Street
East Greenville, PA 18041


    I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: March 27, 2019

KML Law Group, P.C.
BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff