**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 17-04926 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Holly C. Lowrey, Kenneth Shawn Lowrey, SR. a/k/a Kenneth S. Lowrey, SR. | US Marshals Sale of Real Estate |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Holly C. Lowrey, Kenneth Shawn Lowrey, SR. a/k/a Kenneth S. Lowrey, SR.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
305 W. 4th Street East Greenville, PA 18041

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U S A | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                              Fold

Signature of Attorney other Originator requesting service on behalf of     [ ] PLAINTIFF     [ ] DEFENDANT     TELEPHONE NUMBER     DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 66 | No. 66 | Josh Juh | 5/21/19 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*     [ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 5-21-19 | 11:10 | [X] am [ ] pm |

Signature of U.S. Marshal or Deputy     0683

@ .58 = 24.36
42 RT miles @ .545 = 22.89   PARK .50

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 0 - | 23.39  24.86 | 0 - | 23.39  24.86 | 0 - | 23.39  24.86 |

REMARKS
US Marshals Sale of premises known as 305 W. 4th Street East Greenville, PA 18041. Sale was held at the Montgomery County Courthouse, 2 East Airy Street, Norristown, PA 19401. SOLD FOR $81,000.00 To Jesse Landis

DISTRIBUTE TO
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13