UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff<br>　　v.<br><br>HOLLY C. LOWREY<br>KENNETH SHAWN LOWREY, SR. a/k/a<br>KENNETH S. LOWREY, SR.<br>　　　　　Defendant(s) | Civil Action No: 17-04926 |

**ORDER**

AND NOW, this 27th day of June, 2019, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

**ORDERED**

1. That the public sale held on May 21, 2019 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to Riverpath Inc, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of HOLLY C. LOWREY and KENNETH SHAWN LOWREY, SR. a/k/a KENNETH S. LOWREY, SR. in and to the premises sold located at 305 W. 4th Street, East Greenville, PA 18041.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

_____ J.

FILED
JUN 28 2019
KATE BARKMAN, Clerk
By _____ Dep. Clerk