<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>HOLLY C. LOWREY<br>KENNETH SHAWN LOWREY, SR. a/k/a<br>KENNETH S. LOWREY, SR.<br><br>                    Defendant(s) | CIVIL NO. 17-04926 |

## A. **SCHEDULE OF DISTRIBUTION**

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser:    $81,000.00

Amount of cash received ................................................................$81,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2017A79789 ....................................................$81,000.00

KML Law Group, P.C.<br><br>
By: _____<br>
Rebecca A. Solarz, Esquire<br>
Suite 5000 ·· BNY Independence Center<br>
701 Market Street<br>
Philadelphia, PA  19106-1532<br>
(215) 825-6327

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff<br><br>vs.<br><br>HOLLY C. LOWREY<br>KENNETH SHAWN LOWREY, SR. a/k/a<br>KENNETH S. LOWREY, SR.<br><br>　　　　　Defendant(s) | CIVIL NO. 17-04926 |

**CERTIFICATE OF SERVICE**

I do hereby certify that this Schedule of Distribution and Certificate of Service was made upon:

　　HOLLY C. LOWREY
　　305 W. 4th Street
　　East Greenville, PA 18041

　　KENNETH SHAWN LOWREY, SR. a/k/a KENNETH S. LOWREY, SR.
　　305 W. 4th Street
　　East Greenville, PA 18041

　　HOLLY C. LOWREY
　　600 Walnut Drive
　　Jacksonville, NC 28540

　　KENNETH SHAWN LOWREY, SR. a/k/a KENNETH S. LOWREY, SR.
　　600 Walnut Drive
　　Jacksonville, NC 28540

by mailing a true and correct copy thereof, postage prepaid, on this 23rd day of July, 2019.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.

　　　　　　　　　　　　　　　　　　　By: *Kimberly Bramble*
　　　　　　　　　　　　　　　　　　　Kimberly Bramble, Legal Secretary
　　　　　　　　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　　　　　　　　(215) 825-6362